IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NOEL HUERTA, JR,

    Plaintiff,

v.                                              Civ. No. 24-1224-KG-JHR

CHRIS BACA, *et al*,

    Defendants.

ORDER OF DISMISSAL

    This matter is before the Court following Plaintiff Noel Huerta, Jr.'s failure to prosecute his *pro se* Prisoner Civil Rights Complaint. (Doc. 1). Plaintiff was incarcerated at the Lea County Correctional Facility (LCCF) when the case was filed. He did not prepay the $405 filing fee or alternatively, file a motion to proceed *in forma pauperis*. By an Order entered July 18, 2025, the Court directed Plaintiff to cure the deficiency within thirty (30) days. (Doc. 2). The Order warns that the failure to timely comply may result in dismissal of this case without further notice.

    The deadline to address the filing fee requirement expired no later than August 18, 2025. Plaintiff did not comply, and the Order was returned as undeliverable. (Doc. 3) (returned mail envelope). Plaintiff has not updated his address as required by D.N.M. Local Civil Rule 83.6. Hence, the Court will dismiss the Complaint (Doc. 1) and this case without prejudice pursuant to Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the … court's orders." *Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003).

IT IS ORDERED:

1. Plaintiff's Prisoner Civil Rights Complaint (Doc. 1) is dismissed without prejudice.

2. The Court will enter a separate judgment closing the civil case.

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.